UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

_STEPHEN G. BURKE_
Plaintiff(s)

v                                Civil Action No. _11-717 (CKK)_

_HARLEY LAPPIN, ET AL_
Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed *in forma pauperis* to file this action. The Court authorized the United States Marshal to complete service of process pursuant to 28 U.S.C. § 1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_JOYCE CONLY_                    _JOHN DIGNAM_

_D. SCOTT DODRILL_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _June 30, 2011_. Pursuant to Local Civil Rule 5.1(e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

STEPHEN G. BURKE
_____
Plaintiff

vs

Civil Action No. 11-717 (CKK)

HARLEY LAPPIN, ET AL
_____
Defendant

**PLAINTIFF(S) IS REQUIRED TO COMPLETE, IN FULL, THE NAME AND ADDRESS
OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's Name and Address: _____

_____

Defendant's Name and Address: _____

_____

Defendant's Name and Address: _____

_____

Defendant's Name and Address: _____

_____

Defendant's Name and Address: _____

_____

Defendant's Name and Address: _____

_____