UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. BURKE<br>FCI-Tallageda<br>PMB 1000<br>Talladega, AL 35160<br><br>    Plaintiff,<br>  v.<br><br>HARLEY LAPPIN, et al<br><br>    Defendants. | Civil Action No. 11-0717(CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as a counsel for Defendants in the above-captioned case.

Respectfully submitted,

  /s/
KENNETH ADEBONOJO
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26 day of May, 2011, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

STEPHEN J. BURKE
FCI-Tallageda
PMB 1000
Talladega, AL 35160

/s/
KENNETH ADEBONOJO
Assistant United States Attorney